NOVEMBER 8, 1984

No. A–356 (84–5717). MOORE v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Application for stay of execution of sentence of

death, presented to JUSTICE WHITE, and by him referred to the Court, is granted pending the final disposition of the petition for writ of certiorari. JUSTICE WHITE and JUSTICE REHNQUIST dissent.